# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arquimides Rojo, | No. CV-20-00471-TUC-MSA |
| Plaintiff, | **ORDER** |
| v. | |
| Tucson Unified School District, | |
| Defendant. | |

  **IT IS ORDERED** that the stipulation to dismiss (Doc. 60) is **granted**. This case is **dismissed with prejudice**, with each party to bear its own costs and attorneys' fees. The Clerk of Court is directed to close this case.

  Dated this 16th day of February, 2023.

                _____
                Honorable Maria S. Aguilera
                United States Magistrate Judge